IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY T. MAEHR,** | ) | **CASE NO. 8:08CV190** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **INTERNAL REVENUE SERVICE,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Plaintiff's Motion to Redact. (Filing No. 5.) Plaintiff seeks to redact certain personal identifiers from his Petition (Motion) to Quash IRS Summons. (Filing No. 1.) The court finds that Plaintiff's proposed redactions are appropriate under the Federal Rules of Civil Procedure and the Local Rules of this court.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion to Redact (Filing No. 5) is granted; and

2.  The Clerk of the court is directed to file Plaintiff's Motion to Redact (Filing No. 5) as his Amended Petition (Motion) to Quash and to restrict access to Plaintiff's original Petition (Motion) to Quash (Filing No. 1).

DATED this 9th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge