IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY T. MAEHR, | ) | CASE NO. 8:08CV190 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| JEFFREY T. MAEHR, | ) | CASE NO. 8:08CV213 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| JEFFREY T. MAEHR, | ) | CASE NO. 8:08CV214 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

These matters are before the court on Jeffrey T. Maehr's ("Maehr") Motion for the Court to Accept the $39.00 Filing Fee. (Case No. 8:08CV190, Filing No. 2.)[1] In each of the

---

[1] Although Maehr did not file a Motion in Case Nos. 8:08CV213 and 8:08CV214, he filed a document titled "Brief and Memorandum of Law Challenging the Legality of the Filing Fee" in those cases. (Case No. 8:08CV213, Filing No. 2; Case No. 8:08CV214, Filing No. 2..) The court treats these documents as Motions for purposes of this Memorandum and Order.

above-captioned cases, Maehr filed a document titled "Petition to Quash Third Party Summons," rather than a complaint. (Case No. 8:08CV190, Filing No. 1; Case No. 8:08CV213, Filing No. 1; Case No. 8:08CV214, Filing No. 1.) At the time of filing, Maehr asserted that a filing fee of $39.00 was the appropriate filing fee for each "Petition," and that is the fee he paid in each case. The court determined that a filing fee of $350.00 per case was required, but permitted Maehr to file a brief regarding the issue of the filing fee. (Case No. 8:08CV190, Filing No. 4.)

Maehr filed a Brief and Memorandum of Law ("Brief") in Case Nos. 8:08CV213 and 8:08CV214. (Case No. 8:08CV213, Filing No. 2; Case No. 8:08CV214, Filing No. 2.)[2] In his Brief, Maehr argues that $39.00 is the appropriate filing fee because he filed "similar Petitions in Federal Court" in "N. Caroline [sic], New Mexico and Virginia" and those jurisdictions "accepted the $39 filing fees for Petition to Quash." (Case No. 8:08CV213, Filing No. 2; Case No. 8:08CV214, Filing No. 2.) Maehr further argues that the filing fee is a "tax" which must be uniform across the 50 states and therefore this District must accept the $39.00 filing fee. (Case No. 8:08CV213, Filing No. 2; Case No. 8:08CV214, Filing No. 2.)

The court has found no statutory or other support for Maehr's position. To the contrary, and in accordance with 28 U.S.C. § 1914(a), any party who institutes "any civil action, suit or proceeding" must pay a filing fee of $350.00. *Id.* The court has carefully

---

[2]Due to Maehr's failure to include the appropriate case number on his filings, the Brief and Memorandum of Law was not filed in Case No. 8:08CV190. The court considers the Brief and Memorandum of Law as filed in all three cases, and will direct the Clerk of the court to file the document in Case No. 8:08CV190. However, Maehr is cautioned that all future filings must include the appropriate case number.

2

reviewed the record in these three cases. These matters are civil proceedings, regardless of the label Maehr has placed on them. Therefore, the filing fee for each case is $350.00. The court will permit Maehr 30 days in which to pay the remainder of the filing fee in each case, or alternatively, to submit a motion for leave to proceed in forma pauperis and an affidavit in support.

IT IS THEREFORE ORDERED that:

1. Maehr's Motion for the Court to Accept the $39.00 Filing Fee (case no. 8:08CV190, Filing No. 2) is denied;

2. Maehr shall have until **September 18, 2008,** in which to pay the balance of the court's $350.00 filing fee in each of Case Nos. 8:08CV190, 8:08CV213, and 8:08CV214;

3. Alternatively, Maehr may submit a motion for leave to proceed in forma pauperis and affidavit in support in each of Case Nos. 8:08CV190, 8:08CV213, and 8:08CV214;

4. In the event that Maehr fails to either pay the remainder of the filing fee in each case, or to submit a motion in each case, these cases will be dismissed without further notice and without prejudice;

5. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: September 18, 2008: deadline for Plaintiff to pay balance of fee or file IFP motions; and

6. The Clerk of the court is directed to file Maehr's Brief and Memorandum of Law (case no. 8:08CV213, Filing No. 2) in Case No. 8:08CV190.

DATED this 21st day of August, 2008.

BY THE COURT

s/Laurie Smith Camp
United States District Judge